474 A.2d 645

Commonwealth v. Terrell, Appellant.

Petition for Allowance of Appeal
Denied July 17, 1984.

620

Submitted October 7, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.